Kenneth E. **HEINTZ**, Appellant,

v.

The **SUBURBAN JOURNALS OF GREATER ST. LOUIS**, et al.,
Respondents.

No. 60760.

Missouri Court of Appeals,
Eastern District,
Division Four.

June 2, 1992.

Synder, Wier, Shaller and Bachman, Eric J. Snyder, Clayton, for appellant.

Husch & Eppenberger, Caroline L. Hermeling, St. Louis, for respondents.

## ORDER

PER CURIAM.

Plaintiff appeals from an order dismissing Counts I and II of his two count second amended petition in a civil case with prejudice. An extended opinion would not have precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order. Judgment affirmed in accordance with Rule 84.16(b).